UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                          Case No. 5:04-cr-42-Oc-10GRJ

SAMUEL HILL
_____/

## ORDER DISMISSING ORIGINAL INDICTMENT

This case is before the Court for consideration of the United States' "Motion to Dismiss Original Indictment" (Doc. 48). The original indictment against Defendant Samuel Hill was returned on August 11, 2004,[1] and was superseded on October 14, 2004.[2] Defendant Hill was found guilty of counts one and two of the superseding indictment and acquitted with respect to count three.[3] He was sentenced accordingly on March 24, 2005.[4] The United States' motion recites that at the sentencing hearing the United States neglected to move to dismiss the original indictment. Accordingly, upon due consideration, the United States' motion to dismiss the original indictment (Doc. 48) is GRANTED, and the original indictment (Doc. 1) is DISMISSED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of April, 2005.

*[signature]*

**UNITED STATES DISTRICT JUDGE**

Copies to:    United States Attorney
              Counsel of Record

---

[1] Doc. 1.

[2] Doc. 21.

[3] Doc. 42.

[4] Docs. 46 & 47.